7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Larry Len Wall, Jr.
*Debtor*

*Bankruptcy Case No.*
14–50378–can7

**Larry Len Wall, Jr.**
    Plaintiff(s)

*Adversary Case No.*
14–05017–can

v.

**State of Missouri Department of Revenue**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the it is ordered that the obligation to the defendant for 2003, 2004, 2005 and 2006 individual income taxes are dischargeable in bankruptcy under §523(a)(1)(B)(ii) of the Bankruptcy Code, based on the rationale in Gonzalez v. Massachusetts Department of Revenue, BAP No. MW 13–026 (B.A.P. 1st Cir. 2014).

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 11/19/14

Court to serve